**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

|  |  |
|---|---|
| ERIC MURILLO GARCIA, | |
| Petitioner, | CIVIL ACTION NO.: 5:26-cv-33 |
| v. | |
| WARDEN, FOLKSTON ICE PROCESSING CENTER, et al., | |
| Respondents. | |

**O R D E R**

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus.  Doc. 1.  Warden-Respondent has filed a Response, and Petitioner filed a Reply.  Docs. 5, 6.  Respondent states Petitioner is being mandatorily detained based on 8 U.S.C. § 1225(b)(1) due to having his bond canceled.  Doc. 5 at 6.  Petitioner states that his re-detention falls under 8 U.S.C. § 1226(a), which allows for individual bond hearings, and he has an appeal pending regarding the denial of his asylum request.  Doc. 6 at 2.  The Court cannot determine the current basis for Petitioner's detention.  Thus, the Court **ORDERS** Respondent to provide a status update and, if necessary, additional briefing, **on or before February 20, 2026**.  Petitioner shall have up to seven days from service of Respondent's update to provide any update he may have.

**SO ORDERED**, this 10th day of February, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA